```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 32330
   MICHAEL SEYLLER
                                              CHAPTER 13

                                              JUDGE: MANUEL BARBOSA

        Debtor
   SSN XXX-XX-6416


---------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/31/04 and confirmed on 10/26/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $   37665.00 .

   4.  The Trustee made disbursements to creditors as follows:


---------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
---------------------------------------------------------------------------
AMCORE BANK               SECURED VEHIC    16685.00        1275.55       16685.00
STERLING INC              SECURED           2500.00         119.39        2500.00
WELLS FARGO LOAN SERVICI  SECURED           3535.60         374.04        3535.60
RESURGENT CAPITAL SERVIC  UNSECURED         5587.97            .00        1356.43
ECAST SETTLEMENT CORP     UNSECURED         1688.89            .00         409.96
CAPITAL ONE FINANCIAL     UNSECURED          195.47            .00          47.45
RESURGENT CAPITAL SERVIC  UNSECURED         4741.59            .00        1150.98
RESURGENT CAPITAL SERVIC  UNSECURED         5932.11            .00        1439.97
DISCOVER BANK             UNSECURED         6874.40            .00        1668.70
ELGIN FINANCIAL SAVINGS   UNSECURED         NOT FILED          .00            .00
FIRST AMERICAN BANK       UNSECURED         NOT FILED          .00            .00
ECAST SETTLEMENT CORPORA  UNSECURED          342.83            .00          83.22
ECAST SETTLEMENT CORPORA  UNSECURED        13050.52            .00        3167.89
SEARS                     UNSECURED          470.26            .00         114.15
ECAST SETTLEMENT CORPORA  UNSECURED          289.41            .00          70.25
AMCORE BANK               UNSECURED             .00            .00            .00
STERLING INC              UNSECURED         1821.12            .00         442.06
        Summary of disbursements:
---------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED  22720.60          .00    40994.57          .00       63715.17
PRINCIPAL PAID      22720.60          .00     9951.06          .00       32671.66
INTEREST PAID        1768.98          .00         .00          .00        1768.98
TOTAL PAID          24489.58          .00     9951.06          .00       34440.64
The Debtor's attorney, JAMES A YOUNG & ASSOC           , was allowed $    2200.00
and was paid $    600.00  direct and $    1600.00  through the plan.

The Trustee received $    1624.36 .

Refunds to the Debtor totaled $        .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 09/09/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE










                              PAGE   2
        CASE NO. 04 B 32330 MICHAEL SEYLLER